IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BOBBY RICHARD WALLEN, :
:
    Plaintiff(s), :
: Case Number: 1:05cv799
vs. :
: District Judge Susan J. Dlott
CINCINNATI CHILDREN'S MEDICAL :
CENTER, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on April 12, 2006(Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 2, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's Complaint (Doc. 3) is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) and this case is CLOSED.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                Susan J. Dlott
                                                United States District Judge